UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

|  | Case No: 2:23-cv-01048-KKE |
|---|---|
| THE ESTATE OF TIRHAS BERHANE TESFATSION, by and through its personal representative, Jonathan Yohannes, and in his individual capacity, | |
| Plaintiffs, | |
| v. | |
| CITY OF LYNNWOOD, NATHAN SZALDA, in his personal capacity, ZACH RITTGARN, in his personal capacity, LANCE LINDGREN, in his personal capacity, COREY WILLIAMS, in his personal capacity, AND RANDY NOBLE, his personal capacity, | |
| Defendants. | |

## PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE AND MOTION TO VACATE ALL DEADLINES

The parties respectfully notify the Court that the parties have agreed to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). The parties intend to file the Agreement as soon as practicable, but respectfully request that the parties are given 45 days

PLAINTIFFS NOTICE OF SETTLMENT - 1                    VALDEZ LEHMAN, PLLC
                                                      14205 SE 36TH STREET SUITE 100
                                                      BELLEVUE, WA 98006
                                                      (425)-458-4415

to file the said Agreement.  Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines as set forth in the August 15, 2023 Minute Order.

Plaintiff is filing this Notice and Motion with Defendants' approval and permission.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE ESTATE OF TIRHAS BERHANE TESFATSION, by and through its personal representative, Jonathan Yohannes, and in his individual capacity, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LYNNWOOD, NATHAN SZALDA, in his personal capacity, ZACH RITTGARN, in his personal capacity, LANCE LINDGREN, in his personal capacity, COREY WILLIAMS, in his personal capacity, AND RANDY NOBLE, his personal capacity, <br><br> Defendants. | Case No: 2:23-cv-01048-KKE |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Notice of Settlement In Principle and Motion To Vacate All Deadlines and the entire record herein, it is this _____ day of _____, 2023,

**ORDERED** that Plaintiff's Notice of Settlement In Principle and Motion To Vacate All Deadlines be and is hereby GRANTED; and it is

**ORDERED** that the parties have up to and include October 9, 2023, to file a Stipulated

PLAINTIFFS NOTICE OF SETTLMENT - 2

VALDEZ LEHMAN, PLLC
14205 SE 36TH STREET SUITE 100
BELLEVUE, WA 98006
(425)-458-4415

Settlement Agreement and Dismissal; and it is

 **FURTHER ORDERED** that all deadlines in the above-captioned case is and hereby

**VACTED.**

**SO ORDERED.**

        _____

        United States District Judge