UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE ESTATE OF TIRHAS BERHANE TESFATSION, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LYNNWOOD, ET AL., <br><br> Defendant. | CASE NO. 2:23-cv-1048-KKE <br><br> ORDER |

This matter comes before the Court on the parties' notice of settlement and motion to vacate all deadlines. Dkt. No. 18. The parties have agreed to settle this matter and are in the process of finalizing the settlement agreement. *Id*.

The Court GRANTS the parties' motion (Dkt. No. 18), VACATES the deadlines set in a prior order (Dkt. No. 8), and ORDERS the parties to file a stipulated settlement agreement and dismissal no later than October 9, 2023.

Dated this 14th day of September, 2023.

Kymberly K. Evanson
United States District Judge

ORDER - 1