UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE ESTATE OF TIRHAS BERHANE TESFATSION, et al.,<br><br>                Plaintiff,<br><br>   v.<br><br>CITY OF LYNNWOOD, et al.,<br><br>                Defendant. | CASE NO. 2:23-cv-1048-KKE<br><br>ORDER |

This matter comes before the Court on Plaintiff's stipulated motion for dismissal of certain Defendants. Dkt. No. 21. The Court GRANTS the motion (Dkt. No. 21) and accordingly ORDERS that Plaintiffs' claims against Defendants Nathan Szalda, Zach Rittgarn, Lance Lindgren, Corey Williams, and Randy Noble are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

Dated this 18th day of September, 2023.

Kymberly K. Evanson
United States District Judge

ORDER - 1