The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE ESTATE OF TIRHAS BERHANE TESFATSION, by and through its personal representative, Jonathan Yohannes, and in his individual capacity,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LYNNWOOD, NATHAN SZALDA, in his personal capacity, ZACH RITTGARN, in his personal capacity, LANCE LINDGREN, in his personal capacity, COREY WILLIAMS, in his personal capacity, AND RANDY NOBLE, his personal capacity,<br><br>Defendants. | No. 2:23-cv-01048-KKE<br><br>JUDGMENT |

**Judgment Summary**

| | |
|---|---|
| Judgment Creditors: | Plaintiffs THE ESTATE OF TIRHAS BERHANE TESFATSION, by and through its personal representative, Jonathan Yohannes, and in his individual capacity |
| Judgment Creditors' Attorney(s): | James Bible, WSBA #33985, JAMES BIBLE LAW GROUP, Jesse Valdez, WSBA # 35378, VALDEZ LEHMAN, PLLC |
| Judgment Debtor: | City of Lynnwood only |
| Judgment Amount: | $1,750,001.00 |

JUDGMENT - 1
2:23-cv-01048-KKE
1002-01796/23-1048 Estate of Tirhas Berhane Tesfatsion v. City of Lynnwood judgment

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

| | | |
|---|---|---|
| Pre-Judgment Interest: | | $0 |
| Post-Judgment Interest: | | $0 |
| Taxable Costs and Attorney Fees: | | TBD |

THIS MATTER having come on regularly before the undersigned judge of the above-entitled Court; and Plaintiffs THE ESTATE OF TIRHAS BERHANE TESFATSION, by and through its personal representative, Jonathan Yohannes, and in his individual capacity, acting by and through James Bible, JAMES BIBLE LAW GROUP, Jesse Valdez, VALDEZ LEHMAN, PLLC, and Defendant, City of Lynnwood, acting by and through Stewart A. Estes, Ann E. Trivett and KEATING, BUCKLIN & MCCORMACK, INC., P.S. and these parties having made a stipulation without any admissions of liability, settling and compromising this action against the defendants and it appearing to the Court, after a review of the files and records herein and the Court being fully advised, now, therefore,

IT IS HEREBY ORDERED That Plaintiffs THE ESTATE OF TIRHAS BERHANE TESFATSION, by and through its personal representative, Jonathan Yohannes, and in his individual capacity, shall have judgment against Defendant City of Lynnwood for the total sum one million, seven hundred fifty thousand and one dollars ($1,750,001.00). Reasonable fees and costs will be determined by the court in a subsequent proceeding pursuant to 42 USC §1988. Any liens, subrogated interests, or outstanding medical bills of which Plaintiffs' or their counsel have actual or constructive notice prior to court approval of this settlement shall be resolved out of these gross amounts, and defendants shall have no liability for any such liens, interest, or bills.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED That, Defendant City of Lynnwood shall pay to Plaintiffs the sum of one million, seven hundred fifty thousand and one dollars ($1,750,001.00), and that upon receipt of said sum Plaintiffs shall within seven (7) days record this judgment as having been satisfied against the City of Lynnwood.

//

//

//

JUDGMENT - 2
2:23-cv-01048-KKE
1002-01796/23-1048 Estate of Tirhas Berhane Tesfatsion v. City of Lynnwood
judgment

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

//

DATED this 27th day of September, 2023.

_____
Kymberly K. Evanson
United States District Judge

Presented by:

KEATING, BUCKLIN & McCORMACK, INC., P.S.

*/s/ Stewart A. Estes*
Stewart A. Estes, WSBA No. 15535
Ann E. Trivett, WSBA #39228
Attorneys for Defendant City of Lynnwood

JUDGMENT - 3
2:23-cv-01048-KKE
1002-01796/23-1048 Estate of Tirhas Berhane Tesfatsion v. City of Lynnwood
judgment

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423