The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE ESTATE OF TIRHAS BERHANE TESFATSION, by and through its personal representative, Jonathan Yohannes, and in his individual capacity,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LYNNWOOD, NATHAN SZALDA, in his personal capacity, ZACH RITTGARN, in his personal capacity, LANCE LINDGREN, in his personal capacity, COREY WILLIAMS, in his personal capacity, AND RANDY NOBLE, his personal capacity,<br><br>Defendants. | No. 2:23-cv-01048-KKE<br><br>SATISFACTION OF JUDGMENT |

The Clerk of the Court is directed to enter a Full Satisfaction of Judgment in this matter as follows:

Judgment Creditors:   Plaintiffs THE ESTATE OF TIRHAS BERHANE TESFATSION, by and through its personal representative, Jonathan Yohannes, and in his individual capacity

Judgment Creditors' Attorney(s):   James Bible, WSBA #33985, JAMES BIBLE LAW GROUP, Jesse Valdez, WSBA # 35378, VALDEZ LEHMAN, PLLC

Judgment Debtor:   City of Lynnwood only

Judgment Amount:   $1,750,001.00

- 1
2:23-cv-01048-KKE
1002-01796/Signed Satisfaction of Judgment

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

Judgment Creditors, Plaintiffs THE ESTATE OF TIRHAS BERHANE TESFATSION, by and through its personal representative, Jonathan Yohannes, and in his individual capacity, acting by and through James Bible, JAMES BIBLE LAW GROUP, Jesse Valdez, VALDEZ LEHMAN, PLLC, acknowledge full satisfaction of judgment entered in this action against Judgment Debtor, City of Lynnwood, and all awards of attorneys, fees, costs, interest, and other legal expenses, and further acknowledges receipt of the sum of $1,750,001.00 (one million, seven hundred fifty thousand and one dollars).  The Clerk of the Court is hereby authorized and respectfully directed to cancel, fully satisfy and discharge the Judgment entered in this matter.

DATED:  October 23, 2023

JAMES BIBLE LAW GROUP

By: ___/s/ James Bible_____
James Bible, WSBA #33985
Attorneys for Plaintifs
14205 SE 36th Street Suite 100
Bellevue, WA 98006
Telephone: 425-519-3675
Email:  James@biblelawgroup.com


VALDEZ LEHMAN, PLLC


By: ___/s/ Jesse Valdez_____
Jesse Valdez, WSBA # 35378
Attorneys for Plaintiffs
14205 SE 36th Street Suite 100
Bellevue, WA 98006
Email:  jesse@valdezlehman.com

SATISFACTION OF JUDGMENT - 2
2:23-cv-01048-KKE
1002-01796/Signed Satisfaction of Judgment

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiffs**
James Bible, WSBA #33985
JAMES BIBLE LAW GROUP
14205 SE 36th Street Suite 100
Bellevue, WA 98006
Telephone: 425-519-3675
Email: James@biblelawgroup.com
carla@biblelawgroup.com

**Attorneys for Plaintiffs**
Jesse Valdez, WSBA # 35378
VALDEZ LEHMAN, PLLC
14205 SE 36th Street Suite 100
Bellevue, WA 98006
Email: jesse@valdezlehman.com

**Attorneys for Defendants NATHAN SZALDA, ZACH RITTGARN, LANCE LINDGREN, COREY WILLIAMS and RANDY NOBLE**
Jesse Williams, WSBA #35543
FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
Tel. 206-749-0094
Fax. 206-749-0194
Email: jesse@favros.com
EZC-Assistants@favros.com

**Attorneys for Defendant City of Lynnwood**
Lisa M. Marshall, WSBA No. 24343
Kenyon Disend, PLLC
11 Front Street So.
Issaquah, Washington 98027
Tel: 425/392-7090
Fax: 425/392-7071
Email: Lisa@KenyonDisend.com
antoinette@kenyondisend.com

SATISFACTION OF JUDGMENT - 3
2:23-cv-01048-KKE
1002-01796/Signed Satisfaction of Judgment

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  N/A.

DATED:  October 23, 2023

                 */s/ Stewart A. Estes*
                 Stewart A. Estes, WSBA #15535

SATISFACTION OF JUDGMENT - 4
2:23-cv-01048-KKE
1002-01796/Signed Satisfaction of Judgment

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423